## CHARLES W. McCUTCHEON, APPELLANT, v. BOARD OF EQUALIZATION OF TAXES ET AL., RESPONDENTS.

Submitted December 6, 1915—Decided March 6, 1916.

On appeal from the Supreme Court, whose opinion is reported in 87 *N. J. L.* 370.

For the appellant, *Collins & Corbin.*

For the respondents, *John W. Wescott,* attorney-general, and *John Bentley.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, MINTURN, BLACK, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ.   10.

*For reversal*—None.